*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 19, 2015          519477
_____

In the Matter of JONATHAN
    HURLEY,
                    Appellant,

        v
                                        MEMORANDUM AND ORDER

TINA STANFORD, as Chair of the
    New York State Board of
    Parole, et al.,
                    Respondents.
_____

Calendar Date:  January 20, 2015

Before:  Peters, P.J., McCarthy, Rose and Clark, JJ.

                    _____


        Jonathan Hurley, Woodbourne, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Victor
Paladino of counsel), for respondents.

                    _____


        Appeal from a judgment of the Supreme Court (LaBuda, J.),
entered September 2, 2014 in Sullivan County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of respondent Board of
Parole denying petitioner's request for parole release.

        Judgment affirmed.  No opinion.

        Peters, P.J., McCarthy, Rose and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court